■ MUHAMMAD'S TEMPLE OF ISLAM, INC., et al., Appellants, v. NEW YORK WORLD-TELEGRAM CORPORATION, Respondent, et al., Defendant.— Orders, entered on January 3, 1962, unanimously affirmed, with $20 costs and disbursements to respondent. No opinion. Concur — Breitel, J. P., Rabin, Valente, Stevens and Steuer, JJ.

■ ROBERT KOREN, Respondent, v. ARTHUR HILL, Appellant.— Order, entered on June 8, 1961, unanimously affirmed, with $20 costs and disbursements to respondent. No opinion. Concur — Breitel, J. P., Rabin, Valente, Stevens and Steuer, JJ.

■ JACK FEIFER, Doing Business as FRONTENAC SLIPPER CO., Appellant, v. HOME INSURANCE COMPANY, Respondent.— Order and judgment unanimously affirmed, with costs to respondent. No opinion. Concur — Breitel, J. P., Rabin, Valente, Stevens and Steuer, JJ.

■ MILDRED BERKULE et al., Appellants, v. ALLAN S. FELDMAN et al., Individually and as General Partners of Peachtree Sanitarium, Respondents, et al., Defendants.— Order, entered on July 10, 1962, unanimously affirmed, with $20 costs and disbursements to respondents. No opinion. Concur — Breitel, J. P., Rabin, Valente, Stevens and Steuer, JJ.

■ FAR HILLS THEATRES, INC., Plaintiff, v. EVELYN LAMBERT et al., Respondents, and ADOLPH HERMAN, Appellant.— Order, entered on April 24, 1962, unanimously affirmed, with $20 costs and disbursements to respondents. No opinion. Concur — Breitel, J. P., Rabin, Valente, Stevens and Steuer, JJ.

■ In the Matter of ARTHUR P. HOGAN, Appellant, v. LIVINGSTON PLATT et al., Copartners under the Name of BLEAKLEY, PLATT, HART & FRITZ, Respondents.— Order, entered on January 18, 1962, unanimously affirmed, with $20 costs and disbursements to respondents. No opinion. Concur — Breitel, J. P., Rabin, Valente, Stevens and Steuer, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. GEORGE PHILLIPS.— Petitioner's conviction was affirmed by the Court of Appeals (292 N. Y. 506) and his 1959 motion for reargument in that court, which was denied (7 N Y 2d 756), was based on contentions as to deprivation of due process identical with those now urged in this court. In view of the foregoing, petitioner's application is denied. Concur — Botein, P. J., Breitel, Valente, McNally and Eager, JJ.

■ LILLIAN AMUNDSON v. ANDREW S. AMUNDSON.— Motion for reargument denied, with $10 costs. Concur — Breitel, J. P., Rabin, Valente, Eager and Steuer, JJ.